**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6010**

SAVINO BRAXTON,

            Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA,

            Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:17-cv-00601-JKB)

Submitted: April 24, 2018                     Decided: May 4, 2018

Before NIEMEYER and DUNCAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Savino Braxton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Savino Braxton appeals the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Braxton v. United States*, No. 1:17-cv-00601-JKB (D. Md. Dec. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*